UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| BRIAN GLYNN, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-01175-KJD-CWH |
| | ) | |
| vs. | ) | |
| | ) | |
| GEICO INDEMNITY COMPANY, | ) | <u>ORDER</u> |
| | ) | |
| Defendants. | ) | |

This matter is before the undersigned Magistrate Judge on the parties' Stipulation for Protective Order and Protective Order (#17), filed on December 22, 2011. The stipulation is denied as submitted. The parties have not set forth the appropriate rule, procedure or law addressing the filing of documents under seal in the District of Nevada. In subparagph E of the stipulation, the parties reference Rule 26(b) of the Nevada Rule of Civil Procedure. The Federal Rules of Civil Procedure apply in diversity cases. *Knievel v. ESPN*, 393 F.3D 1068, 1073 (9th Cir. 2005) (citations omitted). Accordingly,

**IT IS HEREBY ORDERED** that the parties' Stipulation for Protective Order and Protective Order (#17) is **denied without prejudice**.

DATED this 28th day of December, 2011.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge