1
2
3
4                              UNITED STATES DISTRICT COURT
5                                   DISTRICT OF NEVADA
6                                          * * *
7    BRIAN GLYNN,                            )
                                             )
8                        Plaintiff,          )        2:11-cv-01175-KJD-CWH
                                             )
9    vs.                                     )
                                             )
10   GEICO INDEMNITY COMPANY,                )        <u>ORDER</u>
                                             )
11                       Defendants.         )
                                             )

12          The parties submitted a Stipulation and Proposed Protective Order (#19) which the Court
13
     reviewed and entered.  This order modifies the parties' stipulated protective order with respect to
14
     any motions, documents or attachments the parties wish to file under seal in this case.
15
            The Court has approved the parties' stipulated protective order to facilitate discovery.
16
17   However, the parties have not made an individualized showing that a protective order is
18   necessary to protect their secret or other confidential information or established that disclosure
19   would cause an identifiable, significant harm in the event that information is included in or
20   attached to any filing made in this case.  The Ninth Circuit recently examined the presumption of
21   public access to judicial files and records and the standards for overcoming that presumption.
22   *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).  This Court
23   adopted Local Rule 10-5(b) which outlines the requirements parties must adhere to when seeking
24   to file sealed motions, documents or attachments.  In pertinent part, Local Rule 10-5(b) states:
25          Unless otherwise permitted by statute, rule or prior Court order, papers
            filed with the Court under seal shall be accompanied by a motion for leave
26          to file those documents under seal, and shall be filed in accordance with
            the Court's electronic filing procedures . . . . All papers filed under seal
27          will remain sealed until such time as the Court may deny the motion to
            seal or enter an order to unseal them, of the documents are unsealed
28          pursuant to Local Rule.

If the parties wish to seal any motion, document or attachment filed in this case they must seek leave of Court consistent with Local Rule 10-5(b).

**IT IS SO ORDERED**

DATED this 27th day of January, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge