CHRISTOPHER M. KELLER, ESQ.
Nevada Bar No. 7399
PYATT SILVESTRI & HANLON
701 Bridger Ave., Suite 600
Las Vegas, Nevada 89101
(702) 383-6000
ckeller@psh-law.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEVADA

BRIAN GLYNN,

               Plaintiff,

vs.

GEICO INDEMNITY COMPANY, a Massachusetts corporation, DOES I through X,

               Defendants.

CASE NO. 2:11-cv-01175-KJD-CWH

**STIPULATION AND ORDER**
**FOR DISMISSAL WITH PREJUDICE**
No Hearing Date

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel of record, that is, MATTHEW R. VANNAH, ESQ., of the law firm of VANNAH & VANNAH, on behalf of Plaintiff, BRIAN GLYNN; and CHRISTOPHER M. KELLER, ESQ., of the law firm of PYATT SILVESTRI & HANLON, on behalf of Defendant, GEICO INDEMNITY COMPANY, that Plaintiff's Complaint be dismissed with prejudice, each party to bear their own costs.

. . .

. . .

. . .

. . .

. . .

DATED this 23 day of February, 2012.

| PYATT SILVESTRI & HANLON | VANNAH & VANNAH |
|---|---|
| /s/ | /s/ Matthew Vannah |
| CHRISTOPHER M. KELLER, ESQ.<br>Nevada Bar No. 7399<br>701 Bridger Avenue, Suite 600<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant | MATTHEW R. VANNAH, ESQ.<br>Nevada Bar No. 6855<br>400 So. Fourth St., Sixth Floor<br>Las Vegas, NV 89101<br>mvannah@vannahlaw.com<br>chutt@vannahlaw.com |

## ORDER

IT IS SO ORDERED this 9 day of _____ 2012 that Plaintiff's Complaint be dismissed with prejudice, each party to bear their own costs.

_____
U.S. DISTRICT COURT JUDGE

Submitted By:

PYATT SILVESTRI & HANLON

/s/
_____
CHRISTOPHER M. KELLER, ESQ.
Nevada Bar No. 7399
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Attorney for Defendant GEICO

Brian Glynn vs. Geico Indemnity Company
Case No. 2:11-cv-01175-KJD-CWH
Stipulation and Order for Dismissal with Prejudice